# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00136-CV

**Terry R. Streuer, Appellant**

**v.**

**Countrywide Home Loans Inc.; BAC Homeloans Servicing; Mortgage Electronic Reg.; Shelley Douglas; Stephen C. Porter; Christine Flores; PSZ Financial LLC, Appellees**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT NO. C2011-0269-B, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Terry R. Streuer appeals from a summary judgment dismissing his claims against appellees Countrywide Home Loans Inc., BAC Homeloans Servicing, Mortgage Electronic Reg., Shelley Douglas, Stephen C. Porter, Christine Flores, and PSZ Financial LLC. After Streuer failed to file his appellant's brief by a Court-imposed deadline of June 18, 2012, the clerk of this Court wrote him advising that his brief was overdue and that if he did not file his brief or otherwise respond by July 20, 2012, his appeal would be subject to dismissal for want of prosecution. The July 20 deadline has passed, and Streuer has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed for Want of Prosecution

Filed:   August 17, 2012